James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-2999
Facsimile: (907) 276-2956
E-mail: jkw@bwclawyers.com

Lawyers for Defendant Hartford Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT JUNEAU

| | |
|---|---|
| LOWELL FORD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NATIONAL CASUALTY COMPANY )<br>and HARTFORD CASUALTY )<br>INSURANCE COMPANY, )<br>)<br>Defendants. )<br>_____) | Case No. 1:13-cv-_____-___<br><br>**NOTICE OF REMOVAL** |

TO: The United States District Court for the District of Alaska at Juneau

You are hereby notified that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Hartford Casualty Insurance Company has this day filed in the United States District Court for the District of Alaska this Notice of Removal to the United States District Court of the action brought by Lowell Ford in the Superior Court for the State

of Alaska, First Judicial District at Sitka, Case No. 1SI-13-00128 Civil.  You are also notified that Defendant Hartford has filed a copy of this notice with the Clerk of the Superior Court for the First Judicial District at Sitka, and that said action has thereby been removed from the Superior Court to the United States District Court.

The ground for removal is diversity of citizenship.  28 U.S.C. §§ 1332 and 1441.

Plaintiff seeks compensatory and punitive damages in excess of $100,000.  Thus, the requirement that the amount in controversy exceed the sum of $75,000, exclusive of interest and costs, is satisfied.  28 U.S.C. § 1332(a).

Based on the above, this Court has original jurisdiction over this action, and Defendant Hartford is entitled to remove this action to this Court from the Superior Court for the State of Alaska.  28 U.S.C. §§ 1332, 1441 and 1446.

DATED at Anchorage, Alaska, this 6th day of August, 2013.

>                    BLISS, WILKENS & CLAYTON
>                    Lawyers for Hartford Casualty
>                    Insurance Company
>
>         By:        s/James K. Wilkens
>                    500 L Street, Suite 200
>                    Anchorage, AK 99501
>                    Telephone:  (907) 276-2999
>                    Facsimile:  (907) 276-2956
>                    E-mail:  jkw@bwclawyers.com
>                    ABA No.:  8408071

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2013, a copy of the foregoing document was served electronically on:

Jeffrey J. Barber
Barber & Banker, LLC
821 N St., Suite 103
Anchorage, AK 99501

s/James K. Wilkens

N:\JAW\2986\4\PLDNGS\Removal.USDC Ntc.doc

NOTICE OF REMOVAL
Page 3 of 3

*Lowell v. Nat'l Cas. Co., et al.*
1:13-cv-_____-___

Case 1:13-cv-00007-TMB   Document 1   Filed 08/06/13   Page 3 of 3