Blake H. Call
Call & Hanson, P.C.
413 G Street
Anchorage, AK 99501

Phone:     258-8864
Fax:       258-8865
E-Mail:    bhc@chklaw.net

Attorneys for
Defendant National Casualty Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOWELL FORD,<br><br>         Plaintiff,<br><br>v.<br><br>NATIONAL CASUALTY COMPANY and HARTFORD CASUALTY INSURANCE COMPANY,<br><br>         Defendants. | Case No.:  1:13-cv-00007-TMB |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their counsel, and hereby stipulate and agree to dismiss this action, with prejudice, each party to bear its own costs and attorney fees.

                              CALL & HANSON, P.C.
                              Attorneys for Defendant National
                              Casualty Company

Dated:  February 21, 2014     By:   s/Blake H. Call

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Ford v. National Casualty Company and Hartford Casualty Insurance Company,* 1:13-cv-00007-TMB
Page 1 of 3

Case 1:13-cv-00007-TMB   Document 22   Filed 02/21/14   Page 1 of 3

CALL & HANSON, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

Blake H. Call
413 G Street
Anchorage, AK 99501
Phone: (907) 258-8864
Fax: (907) 258-8865
E-mail: bhc@chklaw.net
ABA No.: 8911051

BARBER & BANKER, LLC
Attorneys for Plaintiff Lowell Ford

Dated: February 21, 2014    By:    s/Jeffrey J. Barber
                                    Jeffrey J. Barber
                                    821 N Street, Suite 103
                                    Anchorage, AK 99501
                                    Phone: (907) 276-5858
                                    Fax: (907) 276-5817
                                    E-Mail: jeffb@alaskainjury.com
                                    ABA No.: 0111058

BLISS, WILKINS & CLAYTON
Attorneys for Defendant Hartford
Casualty Insurance Company

Dated: February 21, 2014    By:    s/James K. Wilkins
                                    James K. Wilkins
                                    500 L Street, Suite 200
                                    Anchorage, AK 99501
                                    Telephone: (907) 276-2999
                                    Facsimile: (907) 276-2956
                                    E-mail: jkw@bwclawyers.com
                                    ABA No. 8408071

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of February, 2014, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Ford v. National Casualty Company and Hartford Casualty Insurance Company*, 1:13-cv-00007-TMB
Page 2 of 3

Jeffrey J. Barber
Barber & Banker, LLC
821 N Street, Suite 103
Anchorage, AK 99501

James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK 99501

s/Blake H. Call

CALL & HANSON, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

STIPULATION FOR DISMISSAL WITH PREJUDICE
*Ford v. National Casualty Company and Hartford Casualty Insurance Company*, 1:13-cv-00007-TMB
Page 3 of 3

Case 1:13-cv-00007-TMB   Document 22   Filed 02/21/14   Page 3 of 3